**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central_____ District of California_____
                          (State)

Case number (if known): _____  Chapter 11___

❑ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | LUXENT, INC. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | Alternative Technology Solutions, Inc. <br> Alternative Technology Partners, Inc. |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 2 7 – 0 2 6 9 8 6 1 |

4. **Debtor's address**

**Principal place of business**

65 Enterprise
Number          Street

3rd Floor

Aliso Viejo, CA 92656
City                              State      ZIP Code

Orange
County

**Mailing address, if different from principal place of business**

Number          Street

P.O. Box

City                              State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                              State      ZIP Code

5. **Debtor's website (URL)** _____

6. **Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
❑ Partnership (excluding LLP)
❑ Other. Specify: _____

Debtor    **LUXENT, INC.**
Name                                                  Case number (*if known*)_____

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____  When _____  Case number _____
                                  MM / DD / YYYY

           District _____  When _____  Case number _____
                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____  Relationship _____

         District _____  When _____
                                   MM / DD / YYYY

         Case number, if known _____

| | | |
|---|---|---|
| Debtor | **LUXENT, INC.** | Case number (*if known*)_____ |
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number        Street

    _____

    _____
    City                                              State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor   LUXENT, INC.                                    Case number (if known)_____
         Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

☐   The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐   I have been authorized to file this petition on behalf of the debtor.

☐   I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __03/30/2018__
              MM  / DD / YYYY

✖ /s/ Vivian Keena                              Vivian Keena
Signature of authorized representative of debtor      Printed name

Title  President

18. **Signature of attorney**   ✖ /s/ Todd C. Ringstad                Date    __03/30/2018__
                                Signature of attorney for debtor              MM   / DD / YYYY

Todd C. Ringstad
Printed name
RINGSTAD & SANDERS LLP
Firm name
4343 Von Karman Avenue, Suite 300
Number      Street
Newport Beach                                    CA      92660
City                                             State   ZIP Code

949 851-7450                                     todd@ringstadlaw.com
Contact phone                                    Email address

97345                                            CA
Bar number                                       State

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Todd C. Ringstad, SBN 97345<br>todd@ringstadlaw.com<br>RINGSTAD & SANDERS, LLP<br>4343 Von Karman Avenue<br>Suite 300<br>Newport Beach, Ca 92660<br>Telephone:  949 851-7450<br>Fax: 949 851-6926 | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

</div>

| In re:<br><br>LUXENT, INC.<br><br><br><br><br><br><br><div align="right">Debtor(s).</div> | CASE NO.:<br><br>CHAPTER: 11<br><br><div align="center">**ATTACHMENT TO VOLUNTARY PETITION FOR NON-INDIVIDUAL FILING FOR BANKRUPTCY UNDER CHAPTER 11**</div><br>*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this form shall be completed and attached to the petition.]* |
|---|---|

1.  If any of the Debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _NA_____.

2.  The following financial data is the latest available information and refers to the debtor's condition on _____.
    a.  Total assets                                                                          $_____
    b.  Total debts (including debts listed in 2.c., below)                $_____
    c.  Debt securities held by more than 500 holders

| | | | | Approximate number of holders: |
|---|---|---|---|---|
| secured | unsecured | subordinated | $ | |
| secured | unsecured | subordinated | $ | |
| secured | unsecured | subordinated | $ | |
| secured | unsecured | subordinated | $ | |
| secured | unsecured | subordinated | $ | |

    d.  Number of shares of preferred stock _____
    e.  Number of shares of common stock _____
    Comments, if any:

3.  Brief description of the Debtor's business:

4.  List the names of any persons who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the Debtor:

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Todd C. Ringstad (SBN 97345) todd@ringstadlaw.com<br>RINGSTAD & SANDERS LLP  TC: 949 851-7450<br>4343 Von Karman Avenue, Suite 300<br>Newport Beach, CA 92660<br><br>*Attorney for:* LUXENT, INC. | CASE NO.:<br><br>CHAPTER:  11<br><br>ADVERSARY NO.:<br>*(if applicable)* |
| In re:<br><br><br>LUXENT, INC.<br><br><br><br><br>Debtor(s). | **ELECTRONIC FILING DECLARATION<br>(NON-INDIVIDUAL)<br>[LBR 1002-1(f)]** |

☒ Petition, statement of affairs, schedules or lists         Date filed: 03/30/2018
☐ Amendments to the petition statements of affairs, schedules or lists   Date filed: _____
☐ Other *(specify)*: _____   Date filed: _____

**PART I – DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY**

     I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

Date: 03/30/2018

Signature (handwritten) of authorized signatory of Filing Party
Vivian Keena
Printed name of authorized signatory of Filing Party
President
Title of authorized signatory of Filing Party

**PART II – DECLARATION OF ATTORNEY FOR FILING PARTY**

     I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed *Part 1 - Declaration of Authorized Signatory of Debtor or Other Party* of this *Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties.

Date: 03/30/2018

Signature (handwritten) of attorney for Filing Party
Todd C. Ringstad
Printed Name of attorney for Filing Party

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*         **F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL**

**Fill in this information to identify the case:**

Debtor name  LUXENT, INC.

United States Bankruptcy Court for the:  Central  District of  California
(State)

Case number (If known):  _____

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Epicor 804 Las Cimas Parkway Austin, Texas 78746 | John Ireland 512 278-5460 jireland@epicor.com | Settlement | | | | 950,000.00 |
| 2 | Carothers, DiSante & Freudenbeger 2600 Michelson Dr., Ste. 800 Irvine, CA 92612 | Timothy Freudenberger 949 622-1661 tfreud@cdflaborlaw.com | Legal Fees | Disputed | | | 727,764.48 |
| 3 | IOU Financial 600 Town Park Ln, Ste. 100 Kennesaw, GA 30144 | Ian Gloer 866 217-8564 866 404-5117 fax | Loan | | | | 168,005.17 |
| 4 | Actian Corporation 2300 Geng Road, Ste. 150 Palo Alto, CA 94303 | Gregg Hampton 800 446-4737 gregg.hampton@actian.com | Software purchases/ renewal | | | | 83,334.16 |
| 5 | Robert Read 8750 N. Callahan Road Prescott, AZ 86305 | Robert Read 626 705-8235 robertread88@msn.com | Loan | | | | 60,500.00 |
| 6 | Wells Fargo Bank 525 Market Street, 5th Floor San Francisco, CA 94105 | Ilya Frolov 415 357-3395 ilya.frolov@wellsfargo.com | Line of Credit | | | | 54,465.55 |
| 7 | Gatto, Pope & Walwick, LLP 550 West C Street, Ste 1700 San Diego, CA 92101 | Brad Gastineau 619 282-7707 bradg@gpwcpas.com | Accountant Fees | | | | 14,744.00 |
| 8 | Salesforce.com 1 Market Street, Ste. 300 San Francisco, CA 94105 | Attn:  Corporate Officer 415 901-7000 | License Subscription Fees | | | | 9,351.30 |

Debtor    LUXENT, INC.
_____
Name

Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Juan Castaneda Castadeda Lawyers PC 550 Laguna Dr, Ste. A Carlsbad, CA 92008 | Juan Castaneda 858 225-8670 juan@castanedalawyers.com | Settlement | | | | 10,000.00 |
| 10 | Frank Polek 3033 Fifth Ave. Ste 225 San Diego, CA 92103 | Frank Polek 619-550-2455 frank@poleklaw.com | Legal Fees | | | | 9,595.62 |
| 11 | Online Security 3000 S. Robertson Blvd. Los Angeles, CA 90034 | Charlie Balot 310 815-8855; balot@onlinesecurity.com | Professional Services | | | | 8,478.06 |
| 12 | Gordon & Rees 633 W. 5th St., 52nd Fl. Los Angeles, Ca 90071 | Christopher Kanjo 510 463-8600 ckanjo@grsm.com | Legal Fees | | | | 7,644.00 |
| 13 | Cozen O'Connor One Liberty Place 1650 Market Street Philadelphia, PA 19103 | Jerry Heller 215 665-2728 jerryheller@cozen.com | Legal Fees | Disputed | | | 7,263.73 |
| 14 | Frank Recruitment Group 110 William St., Floor 21 New York, NY 10038 | Dylan Brown 646 415-8396; dylan.brown@frankgroup.com | Recruiting Fees | | | | 6,250.00 |
| 15 | EDD P.O. Box 826215 Sacramento, CA 94230 | 855 866-2655 | Taxes | | | | 6,130.46 |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Todd C. Ringstad (SBN 97345)<br>todd@ringstadlaw.com<br>RINGSTAD & SANDERS LLP<br>4343 Von Karman Avenue<br>Suite 300<br>Newport Beach, CA 92660<br>Telephone:  949 851-7450<br>Fax: 949 851-6926 | |
| ☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>LUXENT, INC.<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of  4 __ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  March 30, 2018          /s/ Vivian Keena, President  
Signature of Debtor 1

Date: _____          _____  
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____          _____  
Signature of Attorney for Debtor (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                   **F 1007-1.MAILING.LIST.VERIFICATION**

Actian Corporation
Attn: Gregg Hampton
2300 Geng Road, Suite 150
Palo Alto, CA 94303


Blumberg Law Group LLP
Attn: Jennifer True
137 North Acacia Avenue
Solana Beach, CA 92075


Carothers, DiSante & Freudenbeger
Attn: Timothy Freudenberger
2600 Michelson Drive, Ste 800
Irvine, CA 92612


Cozen O'Connor
Attn: Jerry Heller
One Liberty Place, 1650 Market Street
Philadelphia, PA 19103


Direct Capital Leasing
PO Box 979287
Miami, FL 33197-9287


Donna Barnett
20 Rincon Way
Aliso Viejo, CA 92656


EDD
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Employment Development Dept (EDD)
PO Box 826215
Sacramento, CA  94230-6215

Epicor
Attn: John Ireland
804 Las Cimas Parkway
Austin, TX 78746


Frank Recruitment Group
Attn: Dylan Brown
110 William Street, Floor 21
New York, NY 10038


Frank Polek
3033 Fifth Ave., Ste 225
San Diego, CA 92103


Gatto, Pope & Walwick, LLP
Attn:  Brad Gastineau
550 West C Street, Suite 1700
San Diego, CA 92101-3568


Gordon & Rees
Attn: Christopher Kanjo
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071


IOU Financial
Attn: Ian Gloer
600 TownPark Lane, Suite 100
Kennesaw, GA 30144


Juan Castaneda
Castaneda Lawyers PC
550 Laguna Drive, Ste. A
Carlsbad, CA 92008

Land Rover Financing Group
PO Box 78074
Phoenix, AZ 85062-8074


OnlineSecurity
Attn: Charlie Balot
3000 S. Robertson Blvd
Los Angeles, CA 90034


PA Dept of Revenue
P.O. Box 280418
Harrisburg, PA 17128-0418


Pacific Life Insurance
P.O. Box 2030
Omaha, NE 68103-2030


Robert Read
8750 N. Callahan Road
Prescott, AZ 86305


Salesforce.com Inc.
Attn Corporate Officer
1 Market St #300
San Francisco, CA 94105


US Securities and Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower St., Ste. 900
Los Angeles, CA 90071-9591


United Health Care
Department CH 10151
Palatine, IL 60055-0151

Utah Tax Commission
210 North 1950 West
Salt Lake City, UT 84134


Vivian Keena
24142 Hillhurst Dr
Laguna Niguel, CA 92667


Wells Fargo Bank
Attn: Ilya Frolov
525 Market Street, 5th Floor
San Franciso, CA 94105