1  Todd C. Ringstad (State Bar No. 97345)
   todd@ringstadlaw.com
2  Brian R. M. Nelson (State Bar No. 279620)
   brian@ringstadlaw.com
3  RINGSTAD & SANDERS LLP
   4343 Von Karman Avenue, Suite 300
4  Newport Beach, CA 92660
   Telephone: 949-851-7450
5  Facsimile:  949-851-6926

6  General Insolvency Counsel for
   Debtor and Debtor-in-Possession
7

8                    **UNITED STATES BANKRUPTCY COURT**

9         **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

10

11  In re                                    Case No. 8:18-bk-11116-CB

12  LUXENT, INC.,                            Chapter 11

13
                                             **NOTICE OF CONTINUED SCHEDULING
14             Debtor and                    AND CASE MANAGEMENT CONFERENCE**
               Debtor-in-Possession.
15                                           Hearing Date:
                                             Date:    September 26, 2018
16                                           Time:    10:00 a.m.
                                             Place:   Courtroom 5D
17                                                    411 West Fourth Street
                                                      Santa Ana, CA 92701
18
            **TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES**
19
    **BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND**
20
    **OTHER INTERESTED PARTIES:**
21
            **PLEASE TAKE NOTICE** that a continued status conference will take place in the
22
    above-entitled Court on September 26, 2018, at 10:00 a.m., in Courtroom 5D located at 411 West
23
    Fourth Street, Santa Ana, CA 92701.
24
                                             Respectfully Submitted,
25
                                             RINGSTAD & SANDERS LLP
26
    Dated: August 2, 2018                    By:  */s/ Brian Nelson*
27                                                Brian R. M. Nelson
                                                  General Insolvency Counsel for Debtor
28                                                and Debtor-in-Possession

Ringstad & Sanders
L.L.P.
4343 Von Karman Avenue, Suite 300
Newport Beach, CA 92660
949.851.7450

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
4343 Von Karman Avenue, Suite 300, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUED SCHEDULING
AND CASE MANAGEMENT CONFERENCE** will be served or was served **(a)** on the judge in chambers in the
form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August
2, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Beth Gaschen    bgaschen@wgllp.com,
  kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Garrick A Hollander    ghollander@wcghlaw.com,
  pj@wcghlaw.com;sly@wcghlaw.com;Meir@virtualparalegalservices.com
- Sabari Mukherjee    notices@becket-lee.com
- Brian R Nelson    becky@ringstadlaw.com, brian@ringstadlaw.com;arlene@ringstadlaw.com
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
- William Schumacher    wschumacher@jonesday.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On August 2, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will
be completed no later than 24 hours after the document is filed.

**SEE ATTACHED LIST**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 2, 2018, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

**Via Personal Delivery**: Honorable Catherine E. Bauer, U.S. Bankruptcy Court, Ronald Reagan Federal
Building, 411 W. Fourth St., Suite 5165, Courtroom 5D, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 2, 2018 | Arlene Martin | */s/  Arlene Martin* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-8
Case 8:18-bk-11116-CB
Central District of California
Santa Ana
Thu Aug  2 09:57:51 PDT 2018

Employment Development Dept
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Epicor Software Corp.
4120 Dublin Blvd.
Suite 300
Dublin, CA 94568-7759

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Luxent Inc.
65 Enterprise 3rd Fl
Aliso Viejo, CA 92656-2705

Ringstad & Sanders LLP
ECF
4343 Von Karman Ave Ste 300
Newport Beach, CA 92660-2098

Securities & Exchange Commission
DUPLICATE
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Actian Corporation
Attn: Gregg Hampton
2300 Geng Road, Suite 150
Palo Alto, CA 94303-3353

Actian Corporation
Attn: Legal Department
2300 Geng Road Ste 150
Palo Alto CA 94303-3353

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Blumberg Law Group LLP
Attn: Jennifer True
137 North Acacia Avenue
Solana Beach, CA 92075-1103

Carothers DiSante & Freudenberger LLP
707 Wilshire Blvd., Suite 5150
Los Angeles, CA 90017-3607

Carothers, DiSante & Freudenbeger
Attn: Timothy Freudenberger
2600 Michelson Drive, Ste 800
Irvine, CA 92612-6522

Cogent Inc.
c/o Shuttleworth Law Firm LLC
6750 W 93rd Street, Ste. 110
Overland Park, KS 66212-1465

Cozen O'Connor
Attn: Jerry Heller
One Liberty Place, 1650 Market Street
Philadelphia, PA 19103

Direct Capital Corporation
155 Commerce Way
Portsmouth, NH 03801-3243

Direct Capital Leasing
PO Box 979287
Miami, FL 33197-9287

Donna Barnett
20 Rincon Way
Aliso Viejo CA 92656-1624

EDD
DUPLICATE
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Employment Development Department
DUPLICATE
Bankruptcy Group MIC 92E, PO BOX 826880
Sacramento, CA 95814

Employment Development Dept (EDD)
PO Box 826215
Sacramento, CA  94230-6215

Epicor
Attn: John Ireland
804 Las Cimas Parkway
Austin, TX 78746-5179

Epicor Software Corporation
804 Las Cimas Pkwy
Austin, TX 78746-5179

Franchise Tax Board Bkcy Section
PO Box 2952 MS A 340
Sacramento CA 95812-2952

Frank Polek
3033 Fifth Ave., Ste 225
San Diego, CA 92103-5828

Frank Recruitment Group
Attn: Dylan Brown
110 William Street, Floor 21
New York, NY 10038-3934

Gatto, Pope & Walwick, LLP
Attn:  Brad Gastineau
550 West C Street, Suite 1700
San Diego, CA 92101-3568

Gordon & Rees
Attn: Christopher Kanjo
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071-2086

IOU Central, Inc
600 Townpark Lane, Ste 100
Kennesaw, GA 30144-3736

IOU Financial
Attn: Ian Gloer
600 TownPark Lane, Suite 100
Kennesaw, GA 30144-3736

JPMorgan Chase Bank, N.A.
P.O. Box 29505 AZ1-1191
Phoenix, AZ 85038-9505


Juan Castaneda
Castaneda Lawyers PC
550 Laguna Drive, Ste. A
Carlsbad, CA 92008-1698

KEITH J SHUTTLEWORTH
6750 W. 93RD STREET, SUITE 110
SHUTTLEWORTH LAW FIRM, LLC
OVERLAND PARK, KS 66212-1465

Land Rover Financing Group
PO Box 78074
Phoenix, AZ 85062-8074


OnlineSecurity
Attn: Charlie Balot
3000 S. Robertson Blvd
Los Angeles, CA 90034-3125

PA Dept of Revenue
P.O. Box 280418
Harrisburg, PA 17128-0418

Pacific Life Insurance
P.O. Box 2030
Omaha, NE 68103-2030


Robert Read
8750 N Callahan Road
Prescott, AZ 86305-9064

Salesforce.com Inc.
Attn Corporate Officer
1 Market St #300
San Francisco, CA 94105-1315

US Securities and Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower St., Ste. 900
Los Angeles, CA 90071-2934


United Health Care
Department CH 10151
Palatine, IL 60055-0151

United States Trustee (SA) ECF
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Utah Tax Commission
210 North 1950 West
Salt Lake City, UT 84134-9000


Vivian Keena
24142 Hillhurst Dr
Laguna Niguel, CA 92677-2258

Wells Fargo Bank
Attn: Ilya Frolov
525 Market Street, 5th Floor
San Franciso, CA 94105-2713

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482
Phoenix, AZ 85038-9482


Brian R Nelson ECF
Ringstad & Sanders LLP
4343 Von Karman Avenue
Suite 300
Newport Beach, CA 92660-2098

Todd C. Ringstad ECF
4343 Von Karman Avenue
Suite 300
Newport Beach, CA 92660-2098

Garner & Ginsburg PA
222 S. 9th St., Ste. 2930
Minneapolis, MN 55402


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Carothers DiSante & Freudenberger LLP

(u)Courtesy NEF

(u)Garner & Ginsburgm P.A.


(d)Donna Barnett
20 Rincon Way
Aliso Viejo, CA 92656-1624

(d)Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

End of Label Matrix
Mailable recipients     49
Bypassed recipients      5
Total                   54