Todd C. Ringstad (State Bar No. 97345)
todd@ringstadlaw.com
RINGSTAD & SANDERS LLP
4343 Von Karman Avenue
Suite 300
Newport Beach, CA 92660
Telephone: 949-851-7450
Facsimile: 949-851-6926

General Insolvency Counsel for
Debtor and Debtor-in-Possession

FILED & ENTERED

MAR 25 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>LUXENT, INC.,<br><br><br>Debtor and<br>Debtor-in-Possession. | Case No. 8:18-bk-11116-SC<br><br>Chapter 11 Proceeding<br><br>**ORDER APPROVING MOTION FOR ENTRY OF AN ORDER OF DISCHARGE AND FINAL DECREE CLOSING CASE**<br><br>[No Hearing Required Unless Requested – Local Bankruptcy Rule 9013-1] |

The Court, having read and considered the Motion for Entry of an Order of Discharge and Final Decree Closing Case (Doc. No. 280) (the "Motion") filed by the debtor herein, Luxent, Inc. ("Debtor"), and finding that adequate notice of the Motion has been given, and noting that no timely opposition to the Motion has been filed, and good cause appearing therefor,

**HEREBY ORDERS** that:

1.  The Motion is granted;

2.  Pursuant to the Debtor's First Amended Chapter 11 Plan of Reorganization (Doc. No. 209) (the "Plan") and the Court's Order Confirming Debtor's First Amended Chapter 11 Plan of Reorganization (Doc. No. 238) (the "Confirmation Order"), the Debtor is hereby discharged pursuant to the provisions of 11 U.S.C. 1141(d) from any debt that arose before the date of confirmation of the Plan.

3. This order shall constitute a final decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure and this case is hereby closed.

###

Date: March 25, 2021

Scott C. Clarkson
United States Bankruptcy Judge